■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DIANE HORTON, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted (see, People v Crawford, 71 AD2d 38). (Appeal from judgment of Jefferson County Court, Parker, J.—criminal possession of stolen property, second degree.) Present—Dillon, P. J., Doerr, Green, Balio and Lawton, JJ.

■ In the Matter of ALVIN SUMMER, Petitioner, v WALTER R. KELLY, as Superintendent of Attica Correctional Facility, Respondent.—Determination unanimously confirmed and petition dismissed. Memorandum: Petitioner's contention that the Hearing Officer's decision was not supported by substantial evidence is without merit; whether petitioner was the inmate who assaulted the correction officer was a matter of credibility for the Hearing Officer's determination (see, People ex rel. Vega v Smith, 66 NY2d 130, 139; Matter of Curl v Kelly, 125 AD2d 948). Further, there is no merit to petitioner's claim that his due process rights were violated by the failure to notify him of the possible range of penalties that could be imposed against him (Matter of Coleman v Kelly, 130 AD2d 976, appeal dismissed and lv granted 70 NY2d 733), nor do we find petitioner's penalty excessive in view of the serious nature of the offense (see, Matter of Pell v Board of Educ., 34 NY2d 222). (Article 78 proceeding transferred by order of Supreme Court, Wyoming County, Dadd, J.) Present—Doerr, J. P., Denman, Boomer, Pine and Davis, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WARREN E. JOYNER, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted (see, People v Crawford, 71 AD2d 38). (Appeal from judgment of Supreme Court, Erie County, Doyle, J.—driving while intoxicated.) Present—Doerr, J. P., Denman, Boomer, Pine and Davis, JJ.

■ RAYMOND J. HANLON, Appellant, v HIGBY POINT ASSOCIATION, INC., Respondent.—Judgment unanimously affirmed without costs for reasons stated in memorandum decision at Supreme Court, Grow, J. (Appeal from judgment of Supreme Court, Herkimer County, Grow, J.—permanent injunction.) Present—Dillon, P. J., Green, Pine, Balio and Davis, JJ.